Matter of Velez-Lopez (2025 NY Slip Op 06953)

Matter of Velez-Lopez

2025 NY Slip Op 06953

Decided on December 11, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 11, 2025

PM-278-25
[*1]In the Matter of Maria Isabel Velez-Lopez, an Attorney. (Attorney Registration No. 2569325)

Calendar Date:December 1, 2025

Before:Garry, P.J., Clark, Aarons, McShan and Powers, JJ.

Maria Isabel Velez-Lopez, Union City, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Maria Isabel Velez-Lopez was admitted to practice by this Court in 1993 and lists a business address in Union City, New Jersey with the Office of Court Administration. Velez-Lopez has applied to this Court, by affidavit sworn to August 1, 2025, for leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it opposes Velez-Lopez's application based on omissions made within her application, specifically by omitting a material response to one of the enumerated paragraphs (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a] [1]; see also Matter of Toohey, 233 AD3d 1346, 1347 [3d Dept 2024]). While provided with an opportunity to respond to AGC's correspondence, Velez-Lopez has not submitted any reply or otherwise supplemented her application for nondisciplinary resignation.
In making an application for nondisciplinary resignation, an attorney must submit an affidavit, subscribed and sworn to before a notary public or other person authorized to administer an oath, that is worded and numbered as set forth in Rules for Attorney Disciplinary Matters (22 NYCRR) part 1240, appendix E. In doing so, an attorney may not omit any inapplicable passages, but rather must provide complete responses to every numbered paragraph as provided for in appendix E. Accordingly, inasmuch as Velez-Lopez's application fails to comport with appendix E, we deny the application (compare Matter of Toohey, 233 AD3d at 1347, with Matter of Smith, ___ AD3d ___, ____, 2025 NY Slip Op 06583, *1 [3d Dept 2025]).
Garry, P.J., Clark, Aarons, McShan and Powers, JJ., concur.
ORDERED that Maria Isabel Velez-Lopez's application for permission to resign is denied.